AO 442 (Rev. 5/93) Warrant for Arrest

1402188
0811-1023-0047-2

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

Salvador Ortega aka Funky aka Chavita aka Primo

WARRANT FOR ARREST

CR 07-645 MMC

FILED
NOV 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Salvador Ortega

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   () Information   () Complaint
() Order of Court   () Violation Notice   () Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin, possession with intent to distribute and distribution of heroin

in violation of Title  See above   United States Code, Section(s) __

__Deputy Clerk__
Title of Issuing Officer

_____
Signature of Issuing Officer

__San Francisco 10/11/07__
Date and Location

RECEIVED
07 OCT 12 AM 10:21
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Bail fixed at $ _no bail_   by  __Edward Chen, U.S. Magistrate Judge__
                                    Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  968 C Street Oakland CA ||||
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 10/24/2007 | Carl Bonner TFO/DEA | |