UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: <u>March 12, 2008</u>

Case No. <u>CR-07-0645 MMC</u>   JUDGE:   **Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Sarah Aranda Ropati; Ronald Lee Hines (cust);
Larry Bishop; Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Edward Moore (cust);
Miguel Ramirez (cust)

_____
            DEFENDANT

Present (X) Not Present ( ) In Custody (X)

Ron Tyler (Williams); Richard Mazer (Samuel);
Richard Tamor for Wiillism DuBois Hilario);
Randall Knox (Arciga) Henry Schaefer for
Michael Stepanian (Ortega); Mary McNamara for
Lidia Stiglich (S. Aranda); Ethan Balogh (Manzo);
Mary McNamara (Zamora-Hernandez); Jeffry Glenn
For George Boisseau (Silva); Jeffry Glenn (Govea);
Ian Loveseth (Ropati); Ian Loveseth for Geoffrey
Rotwein (Hines); Tony Brass (Bishop);
Nicholas Reyes (Camacho-Mendez);
Martha Boersch (Ramirez-Chavira);
John Jordan (Moore); Shana Keating (M. Ramirez)

<u>Barbara Silano and Kirstin Ault</u>       _____
       U.S. ATTORNEY(S)                    ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: <u>Tracy Lucero</u>       Reporter: <u>Belle Ball</u>

Spanish Interpreter: <u>Melinda Basker</u>

**PROCEEDINGS**

REASON FOR HEARING   <u>Further Status/ Trial Setting Conference</u>

RESULT OF HEARING    <u>All counsel agree to a continuance to May 14, 2008.</u>
                     <u>Defendants' Exparte application re: MP3 players - Granted,</u>
                     <u>Orders signed in open court.</u>

<u>Government's motion for Judgment on Forfeiture of Bond</u>
<u>(As to Defendant Carlos Guerrero-Elenes) - Court directed</u>
<u>Government counsel to serve notice to sureties and then</u>
<u>Re-notice the motion.</u>
<u>Defense counsel reviewing discovery provided - Government will</u>
<u>Be providing additional discovery materials to defense.</u>

Case continued to <u>May 14, 2008  at 2:00 p.m.</u>   for Further Status/Motion Setting Conference
                                          (Courtroom #4, 17th Floor).
Case continued to _____ for Motions.
                       (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) <u>Complexity</u>  Begins <u>3/12/08</u>   Ends <u>5/14/08</u>

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////