UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: <u>June 18, 2008</u>

Case No. <u>CR-07-0645 MMC</u>                JUDGE:    **Maxine M. Chesney**

Salvador Ortega(cust) (05);
Miguel Ramirez (cust) (07)
Cesar Ramirez-Chavira (cust)* (11)
_____        Present (X) Not Present ( ) In Custody (X)
         DEFENDANT

                                         Michael Stepanian (Ortega)
                                         Shana Keating (M. Ramirez)
    <u>Barbara Silano</u>                    Martha Boersch (Ramirez-Chavira)
       U.S. ATTORNEY(S)                  ATTORNEY(s)  FOR DEFENDANT(s)


Deputy Clerk: <u>Tracy Lucero</u>            Reporter: <u>Juanita Gonzalez</u>

Spanish Interpreter: <u>Melinda Basker</u>


**PROCEEDINGS**

REASON FOR HEARING   <u>Further Status Conference</u>

RESULT OF HEARING    <u>Counsel for defendants request additional time to review plea agreements
                     with defendants</u>

Case continued to <u>June 19, 2008 at 10:00 a.m.</u>    for Change of Plea(s)

Case continued to _____ for Motions.
                 (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) _____  Begins_____  Ends_____

////////////////////////////////////////////////////////////////////////////////