UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: June 19, 2008

Case No. CR-07-0645 MMC        JUDGE:    **Maxine M. Chesney**

Salvador Ortega(cust) (05);
Miguel Ramirez (cust) (07)
Cesar Ramirez-Chavira (cust)* (11)
_____         Present (X) Not Present ( ) In Custody (X)
           DEFENDANT

                                        Michael Stepanian (Ortega)
                                        Shana Keating (M. Ramirez)
    Barbara Silano                      Martha Boersch (Ramirez-Chavira)
        U.S. ATTORNEY(S)                ATTORNEY(s)  FOR DEFENDANT(s)


Deputy Clerk: Tracy Lucero              Reporter: Juanita Gonzalez

Spanish Interpreter: Carol Rhine-Medina


**PROCEEDINGS**

REASON FOR HEARING   Change of Plea(s)

RESULT OF HEARING    Counsel for defendants informed the Court that the defendants would
                     not be changing their pleas today.

Case continued to June 25, 2008 at 2:00 p.m.   for Further Status Conference

Case continued to _____ for Motions.
                  (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

//////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) _____  Begins_____  Ends_____

//////////////////////////////////////////////////////////////////////////////////////////////////