UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: **AUG 27 2008**

Case No. **CR-07-0645-05 MMC**   JUDGE: Maxine M. Chesney

**SALVADOR ORTEGA**
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

**BARBARA SILANO**
U.S. ATTORNEY

**MICHAEL STEPANIAN**
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**   Reporter: **MARGO GURULE**

**PROCEEDINGS**

REASON FOR HEARING   **Change of Plea**

RESULT OF HEARING   **Plea Agreement filed with the Court. Defendant pled guilty to Count 4 of the Indictment.**

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to **12/17/08 @ 2:30** for **Judgment & Sentencing. Gov't's motion to dismiss remaining Count(s)**

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

**(15 min)**