| | |
|---|---|
| 1 | MICHAEL STEPANIAN |
| | Attorney at Law (CSBN 037712) |
| 2 | 819 Eddy Street |
| | San Francisco, CA 94109 |
| 3 | Telephone: (415) 771-6174 |
| | Facsimile: (415) 474-3748 |
| 4 | |
| | Attorney for Defendant |
| 5 | SALVADOR ORTEGA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 07-0645-05-MMC |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING ; ORDER** |
| SALVADOR ORTEGA, | |
| Defendant. | |

Defendant SALVADOR ORTEGA, by and through his counsel of record Michael Stepanian, and Assistant U.S. Attorney Barbara Silano hereby stipulate and agree that the sentencing presently set in this matter for Wednesday, December 17, 2008, be continued to Wednesday, January 7, 2009 at 2:30 p.m. This continuance is necessary in order to resolve a matter that has arisen regarding Mr. Ortega's criminal history.

///
///
///
///
///

1 | United States Probation Officer Christina Carrubba has no objection to this continuance.

Dated:   December 2, 2008         /s/ Michael Stepanian
                                  MICHAEL STEPANIAN
                                  Attorney for Defendant
                                  SALVADOR ORTEGA


Dated:   December 2, 2008         /s/
                                  BARBARA SILANO
                                  Assistant United States Attorney


SO ORDERED:

Dated:   December 3, 2008         MAXINE M. CHESNEY
                                  United States District Court Judge