JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6940/7223
    Facsimile: (415) 436-7234
    E-mail: barbara.silano@usdoj.gov
           kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No.  CR 07-0645 MMC |
|     Plaintiff,         ) | |
|               ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v.               ) | CONTINUE SENTENCE DATE |
|               ) | |
| SALVADOR ORTEGA     ) | |
|               ) | Sentence Date: January 7, 2009 |
|     Defendant.      ) | Sentence Time: 10:00 a.m. |
| _____) | Place: Hon. Maxine M. Chesney |

      The United States of America, by undersigned counsel, and the defendant through his counsel, Michael Stepanian, hereby stipulate to the moving of the sentence date in this case from January 7, 2009 at 10:00 a.m. to January 28, 2009 at 2:30 p.m..  The continuance is requested because the defendant's criminal history reflected in the probation report is different than the criminal history contemplated by the parties at the time of the entry of plea.  Additional time is required to reconcile the differences and afford the defendant every opportunity to qualify for any appropriate sentencing adjustments.  The parties request that the sentence be continued until January 28, 2009 at 2:30 p.m..

1    WHEREFORE, the parties respectfully request that the Court continue the date of

2    sentencing in the above captioned matter.

3

4                                                      Respectfully Submitted,

5                                                      JOSEPH P. RUSSONIELLO

6    Date: ___1/05/09_____          _____/s/_____
                                                      BARBARA BRENNAN SILANO
7                                                      KIRSTIN M. AULT
                                                      Assistant U.S. Attorney
8

9
     Date: _____1/06/09_____          _____/s/_____
10
                                                      MICHAEL STEPANIAN
11                                                      Attorney for Salvador Ortega

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND ORDER TO CONTINUE          2

WHEREFORE, the parties respectfully request that the Court continue the date of
sentencing in the above captioned matter.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO

Date:   1/05/09

/s/
BARBARA BRENNAN SILANO
KIRSTIN M. AULT
Assistant U.S. Attorney

Date:  1/6/09

MICHAEL STEPANIAN
Attorney for Ronald Williams
SALVADOR ORTEGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,           )          No. CR- 07-0645 MMC
                                    )
          Plaintiff,                )
                                    )          [PROPOSED] ORDER TO CONTINUE
     v.                             )          SENTENCE DATE
                                    )
SALVADOR ORTEGA,                    )          SAN FRANCISCO VENUE
                                    )
          Defendant.                )
_____)

     Upon stipulation of the parties , and good cause appearing, IT IS ORDERED

THAT, the sentence presently set for January 7, 2009 at 10:00 a.m. is hereby continued to
2:00 p.m. on January 30,
2:30 p.m. on January 28, 2009.


Date: ____January 6, 2009____          _____
                                       HON. MAXINE M. CHESNEY
                                       UNITED STATES DISTRICT COURT JUDGE



ORDER                                  3